UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
URBAN OUTFITTERS,
                Plaintiff(s),

        -against-

KVM INTERNATIONAL,
                Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 1723 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, May 31, 2011** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                Don Fletcher
                                      Courtroom Case Manager

Dated: New York, New York
         April 28, 2011

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/28/2011 |