UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.

                PLAINTIFF,          **CORPORATE DISCLOSURE STATEMENT**

vs.

                                               **Civil Action No.: 11-cv-1723**

KVM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and
KRISHAN K. CHAUDRY
                DEFENDANTS.
_____

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that there are no publicly-held corporate parents, affiliates or subsidiaries of KVM International Fashions, Ltd.

                                        GOLDBERG SEGALLA LLP

                                          /s/Christopher J. Belter_____
                                        Christopher J. Belter
                                        665 Main Street, Suite 400
                                        Buffalo, New York  14203
                                        cbelter@goldbergsegalla.com
                                        Telephone:  (716) 566-5400
                                        Facsimile:  (716) 566-5401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.

                    PLAINTIFF,        **CERTIFICATE OF SERVICE**

vs.

                                                **Civil Action No.: 11-cv-1723**

KVM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and
KRISHAN K. CHAUDRY
                    DEFENDANTS.
_____

     I hereby certify that on May 6, 2011, I electronically filed the foregoing *Corporate Disclosure Statement* with the Clerk of the United States District Court, Southern District of New York using the CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

                                    Gregory P. Gulia
                                    Vanessa Hew
                                    R. Terry Parker
                                    Duane Morris LLP
                                    1540 Broadway
                                    New York, NY 10036

Dated:  Buffalo, New York
          May 6, 2011

                                                /s/ Christopher J. Belter
                                                   Christopher J. Belter