United States District Court
Southern District of New York
---

URBAN OUTFITTERS, INC.,

               Plaintiff,      11 Civ. 1723 (JGK)

   - against -                      ORDER

KVM INTERNATIONAL FASHIONS, LTD. and
KRISHAN K. CHAUDRY,

               Defendants.
---

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 14, 2011 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           May 3/, 2011

                                    John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 6/1/11