UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

URBAN OUTFITTERS, INC.,

                     Plaintiff,

     - against –

KVM INTERNATIONAL FASHIONS, LTD. and
KRISHAN K. CHAUDRY,

                    Defendants.
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/15/2011

11 Civ. 1723 (JGK)(RLE)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_  Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____

**X**  Settlement*

\_\_  Inquest After Default/Damages Hearing

\_\_  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

\_\_  Habeas Corpus

\_\_  Social Security

\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: \_\_\_\_

**SO ORDERED.**

DATED:  New York, New York
              July 14, 2011

                                                             /s/ John G. Koeltl
                                                             **John G. Koeltl**
                                                            **United States District Judge**

---

* Do not check if already referred for general pretrial.