USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/15/2011

United States District Court
Southern District of New York

---

URBAN OUTFITTERS, INC.,

                Plaintiff,        11 Civ. 1723 (JGK)

  - against -                       ORDER

KVM INTERNATIONAL FASHIONS, LTD. and
KRISHAN K. CHAUDRY,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to advise the Court as to the status of this case at the conclusion of discussions before Magistrate Judge Ellis. If the parties do not settle the case, they should submit a Rule 26(f) report within 14 days of the conclusion of settlement discussions.

SO ORDERED.

Dated:    New York, New York
            July 14, 2011

                                          John G. Koeltl
                                     United States District Judge