```
USDC SDNY
DOCUMENT
ELECTR    ALLY FILED
DOC #:
DATE FILED: 9/6/11
```

R. TERRY PARKER
DIRECT DIAL: 212.692.1089
E-MAIL: tparker@duanemorris.com

www.duanemorris.com

August 25, 2011

**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

REC'D
AUG 26 2011

**BY HAND DELIVERY**

The Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Urban Outfitters, Inc. v. KVM International Fashions, Ltd. et al.
11-cv-01723 (JGK) (RLE)(Our Ref.: U0802-00018)**

Dear Magistrate Judge Ellis:

    We write on behalf of plaintiff Urban Outfitters, Inc. to request a brief adjournment of the settlement conference which is scheduled to take place on September 15, 2011 at 2:30 p.m. Plaintiff's counsel is unable to attend this conference due to a prior commitment. We respectfully request the September 15 conference be rescheduled to sometime after September 20, excluding September 23. Defendant's counsel consents to this request. We have contacted Your Honor's chambers and have been informed of the following alternative dates: September 22, 2011 at 11:00 a.m. and September 27 at 2:30 p.m. All parties are available at either of these times.

    We thank the Court for its consideration.

SO ORDERED
/s/ Ronald Ellis 9-6-11
MAGISTRATE JUDGE RONALD L. ELLIS

Respectfully submitted,

R. Terry Parker

cc:    Christopher John Belter, Esq. (counsel for Defendants) (e-mail)
        Daniel B. Moar, Esq. (counsel for Defendants) (e-mail)
        Gregory P. Gulia, Esq.
        Vanessa C. Hew, Esq.

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086        PHONE: 212.692.1000   FAX: 212.692.1020