

# GOLDBERG SEGALLA LLP

*Attorneys at Law*

Christopher J. Belter
Partner
Direct dial 716.566.5412
cbelter@goldbergsegalla.com

665 Main Street, Suite 400
Buffalo, New York 14203-1425
716.566.5400 FAX 716.566.5401
www.goldbergsegalla.com

September 14, 2011

Magistrate Judge Ronald L. Ellis
United States District Court
Southern District of New York
Room 1970
500 Pearl Street
New York, New York  10007-1312

Re:  Urban Outfitters v. KVM International Fashions
     S.D.N.Y. Docket No.: 11-cv-1723
     Our File No.: 7586.0001

Dear Magistrate Judge Ellis:

My office represents the Defendants in Urban Outfitters, Inc. v. KVM International Fashions, Ltd., 11-cv-1723, a case in which Your Honor has scheduled a conference for September 22, 2011.

Since the Defendants consist of a small business and small business owner located in California, we respectfully request that they be allowed to appear telephonically. We also believe that any settlement discussions would be most conducive if the Defendants' insurance carrier also be available telephonically and we will make arrangements for that if it is acceptable to the Court. Plaintiff has no objection to the telephone appearance.

Thank you for the consideration.

Very truly yours,

Christopher J. Belter

CJB/jlh

Cc:  Gregory P. Gulia, Esq.

**SO ORDERED**
Ronald L. Ellis  9-19-11
MAGISTRATE JUDGE RONALD L. ELLIS

Philadelphia • New York • Buffalo • Rochester • Syracuse • Albany • White Plains • Long Island • Princeton • Hartford
Affiliated with Studio Legale Casini, Milan and Viareggio, Italy