UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.,

                                   Plaintiffs,

vs.

KIM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and KRISHAN K. CHAUDRY

                                   Defendants.
_____

**NOTICE OF APPEARANCE**

Civil Action No.: 11-CV-1723

      PLEASE TAKE NOTICE, that Brian E. Middlebrook, Esq. of Goldberg Segalla LLP, hereby appears as co-counsel of record for Defendants, KIM INTERNATIONAL FASHIONS, LTD. d/b/a CHAUDRY and KRISHAN K. CHAUDRY, and requests that all future notices and other papers be served upon him at Goldberg Segalla LLP, 11 Martine Avenue, Suite 750, White Plains, New York 10606.

                                          Respectfully submitted,

                                          GOLDBERG SEGALLA LLP

                                          */s/ Brian E. Middlebrook*
                                          Brian E. Middlebrook, Esq.
                                          *Attorneys for Defendants KIM INTERNATIONAL FASHIONS, LTD. d/b/a CHAUDRY and KRISHAN K. CHAUDRY*
                                          11 Martine Avenue, Suite 750
                                          White Plains, New York 10606.
                                          (914) 798-5400
                                          bmiddlebrook@goldbergsegalla.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.,

                                      Plaintiffs,

vs.

KIM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and KRISHAN K. CHAUDRY

                                      Defendants.
_____

**CERTIFICATE OF SERVICE**

Civil Action No.: 11-CV-1723

      I certify that on September 19, 2011, I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Southern District Court using its CM/ECF system, which will then notify the following counsel of record:

          Vanessa C. Hew
          Duane Morris, LLP
          1540 Broadway
          New York, NY 10036-4086
          Email: vchew@duanemorris.com

          Gregory Paul Gulia
          Duane Morris, LLP
          1540 Broadway
          New York, NY 10036-4086
          Email: gpgulia@duanemorris.com

          Robert Terry Parker
          Duane Morris, LLP
          1540 Broadway
          New York, NY 10036-4086
          Email: tparker@duanemorris.com

Dated: September 19, 2011
       Buffalo, New York

                                      /s/ *Brian E. Middlebrook*

                                      Brian E. Middlebrook, Esq.