USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-11

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

VANESSA HEW
DIRECT DIAL: 212.692.1062
E-MAIL: vchew@duanemorris.com

www.duanemorris.com

September 20, 2011


RECEIVED
SEP 21 2011
CHAMBERS OF
RONALD L. ELLIS
USMJ

**MEMO ENDORSED**

**BY HAND DELIVERY**

The Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Urban Outfitters, Inc. v. KVM International Fashions, Ltd. et al.
      11-cv-01723 (JGK) (RLE)(Our Ref.: U0802-00018)

Dear Magistrate Judge Ellis:

We represent plaintiff Urban Outfitters, Inc. in the above referenced action. The parties are scheduled to appear before Your Honor in a settlement conference on September 22, 2011. We write to request that Plaintiff be permitted to attend by telephone. Plaintiff is an out of state resident and cannot attend due to the recent development of pressing business matters.

We thank the Court for its consideration.

Respectfully submitted,

Denied

Vanessa Hew

cc:   All counsel of record (by email)

**SO ORDERED**
/s/ Ronald Ellis  9-21-11
**MAGISTRATE JUDGE RONALD L. ELLIS**

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086                    PHONE: 212.692.1000   FAX: 212.692.1020