UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
URBAN OUTFITTERS,
                Plaintiff(s),

                                                  **NOTICE OF COURT CONFERENCE**

        -against-

KVM INTERNATIONAL FASHIONS, LTD.           11 civ 1723 (JGK)
                          Defendant(s).
-----------------------------------------------------------X

To All Parties,

        You are directed to appear for a pretrial conference, to be held on **Wednesday, October 5, 2011** in Courtroom 12B, at 3:30pm in front of the Honorable John G. Koeltl.

        **All requests for adjournments must be made in writing to the Court.**

        For any further information, please contact the Court at (212) 805-0107.

                                                                 Don Fletcher
                                                        Courtroom Case Manager

Dated: New York, New York
           September 23, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2011