

# GOLDBERG SEGALLA LLP
*Attorneys at Law*

Brian E. Middlebrook

Direct dial 914.798.5445
bmiddlebrook@goldbergsegalla.com

11 Martine Avenue / Suite 750
White Plains, NY 10606-1934
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

September 27, 2011

**RECEIVED**
SEP 28 2011
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**VIA FACSIMILE:** (212) 805-7912

Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
Room 12B
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/29/11

Re:   Urban Outfitters v. KVM International Fashions
      S.D.N.Y. Docket No.: 11-cv-1723
      Our File No.: 7586.0001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/29/11

Dear Judge Koeltl:

As you are aware, my office represents the defendants in the above matter.

Due to the fact that I have a previously scheduled out-of-state appearance on October 5, 2011, I respectfully request an adjournment of the pretrial conference recently scheduled before Your Honor on that date to any date in October, <u>except</u> October 3-7, 14th, 19th, 26th or 28th. Please note that this request is being made on consent of all parties.

Thank you in advance for your consideration.

Respectfully,

*Brian E. Middlebrook*

Brian E. Middlebrook

*ADJOURNED TO TUESDAY,*
*OCTOBER 18, 2011 AT 4:30PM*
*SO ORDERED*
9/28/11 [signature]
U.S.D.J.

BEM/pc
260179.1

cc:   Terry Parker, Esq.   [via email: tparker@duanemorris.com]
      Daniel B. Moar, Esq.

Philadelphia ▪ New York ▪ Buffalo ▪ Rochester ▪ Syracuse ▪ Albany ▪ White Plains ▪ Long Island ▪ Princeton ▪ Hartford
Affiliated with Studio Legale Cusini, Milan and Vinreggio, Italy