United States District Court
Southern District of New York

---

URBAN OUTFITTERS, INC.,                    11 Civ. 1723 (JGK)

        Plaintiff,                    <u>ORDER</u>

- against -

KVM INT'L FASHIONS, LTD., ET AL.,          USDC SDNY
                                           DOCUMENT
        Defendants.                   ELECTRONICALLY FILED
                                           DOC# _____
                                           DATE FILED: 10/19/11

---

JOHN G. KOELTL, District Judge:

    The parties should engage in document exchange pursuant to Rule 26(a) of the Federal Rules of Civil Procedure; the defendants should produce sufficient documents showing the sales revenues and profits for all products allegedly infringing the plaintiff's copyright; and the plaintiff should serve, and the defendant should answer, interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure which are related to the value of the damages alleged and the extent of the infringement alleged. No other discovery may proceed at this time. The plaintiff should make a demand, and the defendant should make a counteroffer. The parties should also submit a budget to their respective clients explaining their best estimate of the cost of this litigation.

Once the parties have complied with the above portion of this Order, they should submit a report to the Court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:   New York, New York
         October 18, 2011

                                        John G. Koeltl
                                  United States District Judge