DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ANTHROPOLOGIE, INC. and U.O.D.,              :
                                             :      Civil Action No. 04-CV-6900
                      Plaintiffs,            :
                                             :      **NOTICE OF MOTION**
       -against-                             :      **TO ENFORCE**
                                             :      **CONSENT JUDGMENT**
                                             :
KVM INTERNATIONAL FASHIONS, LTD.             :
d/b/a CHAUDRY and                            :
KRISHAN K. CHAUDRY                           :
                                             :      ECF CASE
                      Defendants.            :
------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and declaration of Vanessa C. Hew with the Exhibits attached thereto, plaintiff Urban Outfitters, Inc., as successor in interest to plaintiffs Anthropologie, Inc. and U.O.D. Inc., by its undersigned attorneys, Duane Morris LLP, hereby moves this Court to reopen the above-captioned action and for an entry of an Order of Consent Judgment pursuant to the Stipulation and Order of Dismissal entered in this case on August 15, 2005.

Dated: New York, N.Y.              Respectfully submitted,
       September 21, 2011

                                   DUANE MORRIS LLP

                                   By: _____
                                       Gregory P. Gulia
                                       Vanessa C. Hew
                                       R. Terry Parker

1540 Broadway
New York, New York 10036-4086
(212) 692-1000

Attorneys for Plaintiff, as successor in
interest to Anthropologie, Inc. and
U.O.D. Inc.