UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.

                       PLAINTIFF,            **NOTICE OF APPEARANCE**

vs.

                                                 **Civil Action No.: 11-cv-1723**

KVM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and
KRISHAN K. CHAUDRY
                       DEFENDANTS.
_____

      PLEASE TAKE NOTICE, that Daniel B. Moar, Esq. of Goldberg Segalla LLP, hereby appears as co-counsel of record for Defendants, KVM International Fashions, Ltd. and Krishan K. Chaudry and requests that all future notices and other papers be served upon him at Goldberg Segalla LLP, 665 Main Street, Suite 400, Buffalo, New York 14203-1425.

Dated: Buffalo, New York
       December 29, 2011
                                       GOLDBERG SEGALLA LLP

                                       *s/ Daniel B. Moar*____
                                       Daniel B. Moar, Esq.
                                       *Attorneys for Defendants*
                                       665 Main Street, Suite 400
                                       Buffalo, New York 14203
                                       Telephone:  (716) 566-5400
                                       Facsimile:  (716) 566-5401
                                       dmoar@goldbergsegalla.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

URBAN OUTFITTERS, INC.

                    PLAINTIFF,           **CERTIFICATE OF SERVICE**

vs.

                                        **Civil Action No.: 11-cv-1723**

KVM INTERNATIONAL FASHIONS, LTD.
d/b/a CHAUDRY and
KRISHAN K. CHAUDRY
                    DEFENDANTS.
_____

I hereby certify that on December 29, 2011 I electronically filed the foregoing *Notice of Appearance* with the Clerk of the Southern District Court using its CM/ECF system which resulted in electronic service on the following CM/ECF participants:

                    Gregory P. Gulia, Esq.
                    Duane Morris LLP
                    1540 Broadway
                    New York, NY 10036

Dated: Buffalo, New York
       December 29, 2011

                    GOLDBERG SEGALLA LLP

                    *s/ Daniel B. Moar*___
                    Daniel B. Moar, Esq.
                    ***Attorneys for Defendants***
                    665 Main Street, Suite 400
                    Buffalo, New York 14203
                    Telephone: (716) 566-5400
                    Facsimile: (716) 566-5401
                    dmoar@goldbergsegalla.com