UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
URBAN OUTFITTERS,
                      Plaintiff(s),

       -against-

KMV INTERNATIONAL FASHIONS,
                      Defendant(s).
------------------------------------------------------------X

**NOTICE OF ORAL ARGUMENT**

11 civ 1723 (JGK)

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on **Tuesday, September 18, 2012 at 2:30pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                        Don Fletcher
                                             Courtroom Case Manager

Dated: New York, New York
         August 22, 2012

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2012
```