UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN OUTFITTERS, INC.,

        Plaintiff,        11 Civ. 1723 (JGK)

  - against -             ORDER

KVM INTERNATIONAL FASHIONS, LTD.
D/B/A CHAUDRY,

    and

KRISHAN K. CHAUDRY
        Defendants.

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the argument held September 18, 2012, the plaintiff's motion to enforce consent judgment is **denied without prejudice.**

    The Clerk is directed to close Docket No. 26.

SO ORDERED.

Dated:    New York, New York
          September 18, 2012

                                      John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-19-12