UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URBAN OUTFITTERS, INC.

                Plaintiff,

    - against -

KVM INTERNATIONAL FASHIONS, LTD.
D/B/A CHAUDRY, and KRISHAN K. CHAUDRY

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED __9-19-12__

11 Civ. 1723  (JGK)

CIVIL SCHEDULING ORDER

JOHN G. KOELTL, District Judge:

    All discovery in this case is to be concluded by **November 16, 2012**. Dispositive Motions are due by **December 7, 2012**. The joint pretrial order, if there are no dispositive motions, together with any motions in limine, requests to charge, and voir dire shall be submitted by **December 21, 2012**. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk. Any objections or responses to motions in limine will be submitted by **January 8, 2013**. The parties shall be ready for trial on **48** hours notice on or after **January 18, 2013**. If a dispositive motion is made, the dates for the joint pretrial order and the ready-trial date are adjourned until 3 weeks and 4 weeks respectively after a decision on the dispositive motion.

SO ORDERED.

Dated:    New York, New York
            September 18, 2012

                                              JOHN G. KOELTL
                                 UNITED STATES DISTRICT JUDGE