DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, New York 10036-4086
(212) 692-1000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/19/12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN OUTFITTERS, INC., <br><br> Plaintiff, <br> v. <br> KVM INTERNATIONAL FASHIONS, LTD. d/b/a CHAUDRY and KRISHAN K. CHAUDRY, <br><br> Defendants. | Civil Action No. 11-cv-01723 (JSK) <br><br> ECF Case <br><br> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and the Declaration of Gregory P. Gulia, executed on October 17, 2012, the law firm Duane Morris LLP hereby moves this Court pursuant to rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for leave to withdraw as counsel for plaintiff Urban Outfitters, Inc. in the above-captioned action.

Dated: New York, NY
       October 17, 2012

DUANE MORRIS LLP

By: /s/
Gregory P. Gulia
Vanessa C. Hew
R. Terry Parker
1540 Broadway
New York, NY 10036
(212) 692-1000

*The Court will hear argument on this motion and a status report on the case on 11/9/12 at 2:30 P.M. New Counsel for the plaintiff should also appear. So Ordered.*

*/s/ John G. Koeltl*
*10/19/12   U.S.D.J.*