UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN OUTFITTERS, INC., <br><br>              Plaintiff, <br>   v. <br><br> KVM INTERNATIONAL FASHIONS, LTC. d/b/a CHAUDRY and KRISHAN K. CHAUDRY <br><br><br>              Defendants. | CIVIL ACTION NO. 11-CV-1723 (JGK) <br><br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Masahiro Noda of the law firm of Drinker Biddle & Reath LLP, 1177 Avenue of the Americas, 41st Floor, New York, New York 10036, hereby enters his appearance as counsel for Plaintiff Urban Outfitters, Inc. in the above-captioned matter.

Dated:  New York, New York
        October 23, 2012

                              DRINKER BIDDLE & REATH LLP


                          By: */s/ Masahiro Noda*
                              Masahiro Noda (MN0213)
                              1177 Avenue of the Americas, 41st Floor
                              New York, New York 10036
                              Tel. (212) 248-3140
                              Fax (212) 248-3141
                              masa.noda@dbr.com

                              *Attorneys for Plaintiff*
                              *Urban Outfitters, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 23, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the District Count using the CM/ECF system.

Dated: New York, New York           */s/ Masahiro Noda*
       October 23, 2012                         Masahiro Noda