UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-9-12

---

URBAN OUTFITTERS, INC.,

           Plaintiff,

- against -

KVM INTERNATIONAL FASHIONS, LTD.
D/B/A CHAUDRY,

    and

KRISHAN K. CHAUDRY

           Defendants.

---

11 Civ. 1723 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the argument held November 9, 2012, the motion by plaintiff's counsel to withdraw as counsel is **granted**. Masahiro Noda of Drinker, Biddle, & Reath, LLP is substituted as counsel for the plaintiff. **The Clerk is directed to close Docket No. 40.**

    This case has been referred to Magistrate Judge Ellis for purposes of settlement. Discovery is stayed except as agreed to by the parties until after the settlement conference with the Magistrate Judge. The parties should advise the Court as to the status of this case after the conference with the Magistrate Judge.

SO ORDERED.

Dated:    New York, New York
           November 9, 2012

                                              John G. Koeltl
                                      United States District Judge