UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URBAN OUTFITTERS, INC., <br><br> Plaintiff, <br> v. <br><br> KVM INTERNATIONAL FASHIONS, LTC. d/b/a CHAUDRY and KRISHAN K. CHAUDRY <br><br> Defendants. | CIVIL ACTION NO. 11-CV-1723 (JGK) <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of Jeffrey T. Baravetto ("Applicant"), for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois, and that his contact information is as follows:

Jeffrey T. Baravetto
Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, Illinois 60606
Tel. (312) 569-1000
Fax (312) 569-3000
jeffrey.baravetto@dbr.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Urban Outfitters, Inc. in the entitled action;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11/19/12

- 2 -

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: New York, New York
November 14, 2012

_____
The Honorable John G. Koeltl
United States District Judge